UNITED STATES of America, Plaintiff—Appellee,

v.

Carlos NIETO, Defendant—Appellant.

No. 03–10302.

United States Court of Appeals, Ninth Circuit.

Submission vacated Sept. 17, 2004.

Submitted June 15, 2005.*

Decided June 17, 2005.

Daniel A. Bacon, Esq., Fresno, CA, for Defendant—Appellant.

Before: OAKES,** KLEINFELD, and CALLAHAN, Circuit Judges.

MEMORANDUM ***

The appellant appeals his sentence for conspiring to manufacture and distribute

** The Honorable James L. Oakes, Senior United States Circuit Judge for the Second Circuit, sitting by designation.

methamphetamine in violation of 21 U.S.C. §§ 841(a) and 846. We have jurisdiction pursuant to 28 U.S.C. § 1291.

Because the appellant did not challenge his sentence on Sixth Amendment grounds in the district court, we review his sentence for plain error. *United States v. Ameline,* 409 F.3d 1073, 1078 (9th Cir. 2005) (en banc). Nonetheless, we find that a remand is appropriate under *Ameline,* both as to the appellant's substantive argument concerning the factual basis for the sentencing enhancement, *Id.* at 1085, and because we cannot "reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory[.]" *Id.* at 1084.

**REMANDED.**